# Supplemental Civil Cover Sheet for Cases Removed From State Court

This form must be attached to the Civil Cover Sheet at the time the case is filed in the U.S. District Clerk's Office. Additional sheets may be used as necessary.

1. **State Court Information:**

   Please identify the court from which the case is being removed and specify the number assigned to the case in that court.

   | Court | Case Number |
   |---|---|
   | County Court at Law No. 3, Dallas County, Texas | CC-17-03155-C |

2. **Style of the Case:**

   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party and Party Type | Attorney(s) |
   |---|---|
   | Plaintiff Kevin L. Baird | William L. Shirer |
   | Defendant Otgonbaatar Shagdarsuren | Darrell G. Adkerson, Jeffrey D. Antonson |
   | Defendant DBN Carrier, Inc. | Unknown |
   |  |  |
   |  |  |

3. **Jury Demand:**

   Was a Jury Demand made in State Court?   ☐ Yes   ☑ No

   If "*Yes,*" by which party and on what date?

   _____   _____
   Party                              Date

Supplemental Civil Cover Sheet
Page **2** of **2**

4. **Answer:**

   Was an Answer made in State Court?   ☐ Yes   ☒ No

   If "*Yes*," by which party and on what date?

   _____        _____
   Party                                  Date

5. **Unserved Parties:**

   The following parties have not been served at the time this case was removed:

   | Party | Reason(s) for No Service |
   |---|---|
   | Defendant DBN Carrier, Inc. | Unknown by Defendant.  No record of service on file. |
   | | |
   | | |
   | | |
   | | |

6. **Nonsuited, Dismissed or Terminated Parties:**

   Please indicate any changes from the style on the State Court papers and the reason for that change:

   | Party | Reason |
   |---|---|
   | | |

7. **Claims of the Parties:**

   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claim(s) |
   |---|---|
   | Plaintiff Kevin L. Baird | Negligence, Respondeat Superior. |

**Supplemental Civil Cover Sheet Addendum**

William L. Shirer
State Bar No. 18273100
McGilberry & Shirer, LLP
5720 LBJ Freeway
Suite 575, LB 5
Dallas, Texas 75240
972-392-1225 – Telephone
866-342-1022 – Facsimile

*Attorneys for Plaintiff*

Darrell G. Adkerson
State Bar No. 00909700
Jeffrey D. Antonson
State Bar No. 24040441
Adkerson, Hauder & Bezney, P.C.
1700 Pacific Ave.
Suite 4450
Dallas, Texas  75201-3005
214-740-2500 – Telephone
214-740-2501 – Facsimile

*Attorneys for Defendant*
*Otgonbaatar Shagdarsuren*