

**JOHN F. WARREN**
**Dallas County Clerk**
George Allen Sr. Court Bldg.
600 Commerce St, Ste 101
Dallas, Texas 75202-3551

STATE OF TEXAS '

COUNTY OF DALLAS '

I, John F. Warren, Clerk of the County Court of Dallas County Court at Law No. 3, Dallas County, Texas do hereby certify that the foregoing is a true and correct copy of document in Cause No. CC-17-03155-C.

KEVIN L. BAIRD, **PLAINTIFF (S)**

VS

OTGONBAATAR SHAGDARSUREN; DBN CARRIER, INC, **DEFENDANT (S)**

DOCKET SHEET filed on 14th day of June, 2017 in the Dallas County Court at Law No. 3, Dallas County, Texas.

**WITNESS MY HAND AND SEAL** of said Court this 28th day of July, 2017.

John F. Warren, County Clerk

By: *Guisla Hernandez*
Guisla Hernandez, Deputy

# County Court at Law No. 3
# Docket Sheet
## Case No. CC-17-03155-C

| | | |
|---|---|---|
| KEVIN L. BAIRD <br> vs. <br> OTGONBAATAR SHAGDARSUREN, DBN CARRIER, INC | § § § § | Location: County Court at Law No. 3 <br> Judicial Officer: MONTGOMERY, SALLY <br> Filed on: 06/14/2017 |

### Case Information

Case Type: **DAMAGES (COLLISION)**

### Date | Case Assignment

**Current Case Assignment**
Case Number          CC-17-03155-C
Court                County Court at Law No. 3
Date Assigned        06/14/2017
Judicial Officer     MONTGOMERY, SALLY

### Party Information

**PLAINTIFF**      BAIRD, KEVIN L.
                   5720 LBJ FRWY. STE 575
                   DALLAS, TX 75240

*Lead Attorneys*
**SHIRER, WILLIAM L**
*Retained*
972-392-1225(W)
5720 LBJ FREEWAY
SUITE 575, LB 5
DALLAS, TX 75240

**DEFENDANT**     DBN CARRIER, INC
                  SERVE ITS REG AGENT:BAYASGALAN LKHAMSUREN
                  6343 LINCO;N AVENUE, #B1
                  BUENA PARK, CA 90620

                  SHAGDARSUREN, OTGONBAATAR
                  6343 LINCOLN AVENUE, #B1
                  BUENA PARK, CA 90620

### Date | Events & Orders of the Court | Index

| Date | Events & Orders of the Court |
|---|---|
| 06/14/2017 | NEW CASE FILED (OCA) |
| 06/14/2017 | 📄 ORIGINAL PETITION <br> Party: PLAINTIFF BAIRD, KEVIN L. <br> *PLAINTIFF'S ORIGINAL PETITION* |
| 06/14/2017 | 📄 CIVIL CASE INFORMATION SHEET <br> Party: PLAINTIFF BAIRD, KEVIN L. |
| 06/14/2017 | 📄 ISSUE CITATION <br> Party: PLAINTIFF BAIRD, KEVIN L. |
| 06/16/2017 | **CITATION (SERVICE)** <br> 📄 SHAGDARSUREN, OTGONBAATAR <br> Served: 07/06/2017 <br> DBN CARRIER, INC <br> Unserved |
| 07/18/2017 | 📄 RETURN OF SERVICE |

TRUE AND CORRECT
COPY OF ORIGINAL
FILED IN DALLAS
COUNTY CLERK'S OFFICE

COUNTY COURT AT LAW NO. 3
# DOCKET SHEET
## CASE NO. CC-17-03155-C

| Party: DEFENDANT SHAGDARSUREN, OTGONBAATAR |
| *SERVED BY PROCESS SERVER ON 07/06/2017 AT 4:40PM* |

| DATE | FINANCIAL INFORMATION |
|---|---|

**PLAINTIFF** BAIRD, KEVIN L.
Total Charges 286.00
Total Payments and Credits 286.00
**Balance Due as of 7/28/2017** **0.00**

TRUE AND CORRECT COPY OF ORIGINAL FILED IN DALLAS COUNTY CLERK'S OFFICE

*Printed on 07/28/2017 at 1:45 PM*