IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KEVIN L. BAIRD** | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO: 3:17-CV-2000 |
| **OTGONBAATAR SHAGDARSUREN** | § | |
| **& DBN CARRIER, INC.** | § | |
|     Defendants. | § | |

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff Kevin L. Baird ("Plaintiff") and Defendants Otgonbaatar Shagdarsuren and DBN Carrier, Inc. ("Defendants"), and announce that they have reached a settlement of all claims and causes of action that were filed, as well as all claims and causes of action that could have been brought or filed in this lawsuit. The parties request thirty (30) days to complete and file a final notice and order of dismissal with the Court in order to resolve the medical liens at issue in this case.

Dated this 22nd Day of September, 2020.

          Respectfully Submitted,

          BY:   */s/ Darrell G. Adkerson*
          DARRELL G. ADKERSON
          State Bar No. 00909700
          Darrell@ahblaw.net
          JEFFREY D. ANTONSON
          State Bar No. 24040441
          Jeff@ahblaw.net
          1700 Pacific Ave.
          Suite 4450
          Dallas, Texas  75201-3005
          214-740-2500 - Telephone
          214-740-2501 - Facsimile

**ATTORNEYS FOR DEFENDANT**

**MCGILBERRY & SHIRER, L.L.P.**

By:   */s/ William L. Shirer*
     **WILLIAM L. SHIRER**
     State Bar No. 18273100
     wls@shirer.net
     5720 LBJ Freeway
     Suite 575, LB 5
     Dallas, Texas 75240
     Ph.:   (972) 392.1225
     Fax:   (866) 342.1022

**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

     This is to certify that on this, the 22nd day of September, 2020, a true and correct copy of the above and foregoing document has been forwarded to the counsel of record, as indicated below:

| | |
|---|---|
| William L. Shirer<br>McGilberry & Shirer, LLP<br>5720 LBJ Freeway<br>Suite 575, LB 5<br>Dallas, Texas 75240<br><br>*Counsel for Plaintiff* | _____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>_____ Via Facsimile<br>_____ Via Regular Mail<br>\_\_x\_\_ Via the Court's ECF System |
| Randall G. Walters<br>Bradley Dickens<br>Walters, Balido & Crain, L.L.P.<br>Meadow Park Tower, Suite 1500<br>10440 North Central Expressway<br>Dallas, Texas 75231<br><br>*Additional Counsel for Plaintiff* | _____ Via Hand Delivery<br>_____ Via Certified Mail Return Receipt Requested<br>_____ Via Facsimile<br>_____ Via Regular Mail<br>\_\_x\_\_ Via the Court's ECF System |

     */s/ Darrell G. Adkerson*
     DARRELL G. ADKERSON