IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **KEVIN L. BAIRD**<br>　　Plaintiff,<br><br>v.<br><br>**OTGONBAATAR SHAGDARSUREN**<br>**& DBN CARRIER, INC.**<br>　　Defendants. | §<br>§<br>§<br>§<br>§　**CIVIL ACTION NO: 3:17-CV-2000**<br>§<br>§<br>§<br>§ |

## ORDER RECOGNIZING STIPULATION OF DISMISSAL WITH PREJUDICE

The Court hereby recognizes the parties' joint stipulation of dismissal with prejudice. This case is dismissed with prejudice, with each side to bear its own attorneys' fees, costs, and expenses.

Dated this 26th day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Jane J. Boyle
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge